Nancy Curry, Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, California 90014
Tel: (213) 689-3014
Fax: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| AMBARTSUM TELLIYAN | ) Case No. 2:10-bk-53121-VZ |
| | ) |
| ARMENUI MADOYAN TELLIYAN | ) **TRUSTEE'S VOLUNTARY DISMISSAL OF** |
| | ) **MOTION FOR ORDER REQUIRING** |
| | ) **DEBTORS' ATTORNEY TYSON TAKEUCHI** |
| | ) **TO PROVIDE A DETAILED ACCOUNTING** |
| | ) **OF ALL FEES RECEVIED AND TO** |
| | ) **DISGORGE SUCH FEES [Docket No.:** |
| Debtors | ) **26]** |
| | ) |
| | ) Date:  May 16, 2011 |
| | ) Time:  11:00 A.M. |
| | ) Place: 255 E. Temple Street, |
| | )        Courtroom 1368 |
| | )        Los Angeles, CA 90017 |

**PLEASE TAKE NOTICE THAT** the Standing Trustee's Motion for "Order Requiring Debtors' Attorney Tyson Takeuchi to Provide a Detailed Accounting of All Fees Received and To Disgorge Such Fees" filed and served on January 19, 2011 is hereby voluntarily dismissed.

Date: May 11, 2011          /s/ Nancy Curry

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

>NANCY CURRY CHAPTER 13 TRUSTEE
>606 S. OLIVE STREET, SUITE 950
>LOS ANGELES, CA 90014

The foregoing document described as **TRUSTEE'S VOLUNTARY DISMISSAL OF MOTION FOR ORDER REQUIRING DEBTORS' ATTORNEY TYSON TAKEUCHI TO PROVIDE A DETAILED ACCOUNTING OF ALL FEES RECEVIED AND TO DISGORGE SUCH FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   5/11/11   , checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Debtor's Attorney
Tyson Takeuchi - tysonlawfirm@yahoo.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 5/11/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Ambartsum and Armenui Telliyan
3308 Prospect Ave
La Crescenta CA 91214-2548

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/11/11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St
Los Angeles, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/11/2011 | Yijing Mu | /s/ Yijing Mu |
|---|---|---|
| *Date* | *Type Name* | *Signature* |